```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 15874
  MARIA CORRAL
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

      Debtor
  SSN XXX-XX-1387

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/02/06 and confirmed on 02/22/07.

     2.  The case was converted to Chapter 7 after confirmation, 07/17/2007.

     3.  The Debtor paid a total of $   1318.94 .

     4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
NEW CENTURY MORTGAGE       CURRENT MORTG        .00            .00            .00
HSBC BANK                  SECURED              .00            .00            .00
FIRST HORIZON              CURRENT MORTG        .00            .00            .00
FIRST HORIZON              MORTGAGE ARRE        .00            .00            .00
MONTEREY FINANCIAL SVCS    SECURED           753.00            .00         137.81
FOX METRO WATER RECLAMAT   SECURED            44.39           5.17          44.39
CITY OF AURORA             UNSECURED      NOT FILED            .00            .00
COMED                      UNSECURED      NOT FILED            .00            .00
DEPENDON COLLECTION SERV   UNSECURED      NOT FILED            .00            .00
DISH NETWORK               UNSECURED      NOT FILED            .00            .00
FOX METRO WATER RECLAMAT   UNSECURED      NOT FILED            .00            .00
KCA FINANCIAL SERVICES     UNSECURED      NOT FILED            .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         286.32            .00            .00
NICOR GAS                  UNSECURED         281.09            .00            .00
TARGET NATIONAL BANK       UNSECURED          79.93            .00            .00
         Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER        TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED   797.39          .00       647.34         .00       1444.73
PRINCIPAL PAID       182.20          .00          .00         .00        182.20
INTEREST PAID          5.17          .00          .00         .00          5.17
TOTAL PAID           187.37          .00          .00         .00        187.37
The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   2500.00
and was paid $    500.00   direct and $    1078.55  through the plan.

The Trustee received $     53.02 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/19/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE